IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-cv-61638-DSL

ENRIQUE NIEVES,
on behalf of himself, and all
others similarly situated.

    Plaintiffs,

vs.

JERICO PICTURES, INC.

    Defendant,

_____/

## SUGGESTION OF BANKRUPTCY

COMES NOW, Defendant, JERICO PICTURES, INC. d/b/a/ NATIONAL PUBLIC DATA ("Defendant"), by and through their undersigned attorney, and would show the Court:

1. JERICO PICTURES, INC. filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Southern District of Florida, which bears the case number: **24-20281-SMG**.

2. Relief was ordered on October 2, 2024.

3. This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4. This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, Jerico Pictures, Inc., suggests that this action has been stayed by the operation of 11 U.S.C. §362.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished on this 4th Day of October, 2024, via the CM/ECF System.

**KELLEY KRONENBERG**
*Bankruptcy Counsel for the Defendant*
10360 West State Road 84
Fort Lauderdale, FL 33324
Telephone: 954-370-9970
Fax: 954-382-1988
Primary Email: agasparri@kelleykronenberg.com
Secondary Email: aagaeservice@kelleykronenberg.com


By: */s/ Angelo A. Gasparri II*
ANGELO A. GASPARRI II, ESQ.
Florida Bar No: 32158