**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-61638-LEIBOWITZ**

**ENRIQUE NIEVES,**
*individually and on behalf of all others similarly situated,*

*Plaintiff,*

*v.*

**JERICO PICTURES, INC.**
**d/b/a NATIONAL PUBLIC DATA**,

*Defendant.*
_______________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice [ECF No. 14], filed on July 6, 2026. Being fully advised, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED** ***without prejudice.*** The ***Clerk of Court*** is *directed* to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on July 7, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record